IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES HARRIS, and,
JUSTICE SMITH,

        Plaintiffs,

v.                                            Civil Action No. 3:23cv288

AP 11 NORTH, LLC, *et al.*,

        Defendants.

## MEMORANDUM OPINION

Defendants Charles Harris and Justice Smith ("Plaintiffs"), appearing *pro se*, submitted Applications to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"), along with a proposed Complaint. (ECF Nos. 1, 2, 1-1.) By Order entered on May 3, 2023, the Court directed Plaintiffs, within thirty (30) days of the date of entry thereof, to either (i) remit the $350.00 filing fee and $52.00 administrative fee; or (ii) submit a clear and accurate IFP Application the Court for consideration. (ECF No. 3, at 2.) The Court warned Plaintiffs that the failure to comply with the above directive would result in the dismissal of the action without prejudice. (ECF No. 3, at 2.)

More than thirty (30) days have elapsed since the entry of the May 3, 2023 Order and Plaintiffs have not remitted the fees or submitted new IFP Applications. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
Date: 7-6-2023                                      M. Hannah Lauck
Richmond, Virginia                              United States District Judge